UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA, et al., | No. 2:25–cv–00959-CKD |
| Plaintiffs, | ORDER |
| v. | |
| COUNTY OF PLACER, et al., | |
| Defendants. | |

      On September 2, 2025, plaintiffs filed a First Amended Complaint (ECF No. 6) along with a request for dismissal of defendants Hahn, Miller, and Solverson. (ECF No. 7.)

      Federal Rule of Civil Procedure 41(a)(1)(A) provides that "the plaintiff may dismiss an action without a court order by filing . . . (i) a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment . . . ." "Under Rule 41(a)(1), a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1). The dismissal is effective on filing and no court order is required...Unless otherwise stated, the dismissal is ordinarily without prejudice to the plaintiff's right to commence another action for the same cause against the same defendants." Concha v. London, 62 F.3d 1493, 1506 (9th Cir. 1995); see also United States v. Real Property Located at 475 Martin Lane, Beverly Hills, CA,

545 F.3d 1134, 1145 (9th Cir. 2008) (noting that dismissal under Rule 41(a)(1)(A)(i) requires no action on the part of the court and divests the court of jurisdiction once the notice of voluntary dismissal is filed).

Because defendants Hahn, Miller, and Solverson have not yet served an answer or motion for summary judgment in this case, plaintiffs' request for dismissal is effective without a court order. Accordingly, for purposes of clarity, IT IS HEREBY ORDERED that:

1. Plaintiffs' request for dismissal of defendants Hahn, Miller, and Solverson (ECF No. 7) is GRANTED;
2. The action is DISMISSED WITHOUT PREJUDICE pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) as to defendants Brandon Hahn, Evan Miller, and Solverson; and
3. The Clerk of Court is directed to remove these defendants' names from the docket of this action.

Dated:  October 2, 2025

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

2/oreg00959.R41_defs