Paul A. Cardinale, State Bar No. 215812
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410); SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELLPATH); CALIFORNIA FORENSIC MEDICAL GROUP (CFG); DIANA McGINNIS; and Does 1-40, inclusive,<br><br>　　　　　　Defendants. | CASE NO. 2:25-cv-00959-JAM-CKD<br><br>**STIPULATION FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS TO RESPOND TO PLAINTIFFS' FIRST AMENDED COMPLAINT; ORDER**<br><br>Complaint Filed:　　March 27, 2025<br>1st Am. Comp Filed:　September 2, 2025<br>Trial Date:　　　　　None Set |

　　　　Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK, through their attorney, Kevin W. Harris, and Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS, through their attorney, Paul A. Cardinale of the Medical Defense Law Group, hereby submit their Stipulation and Proposed Order extending the deadline for Defendants CALIFORNIA FORENSIC

1  MEDICAL GROUP, INC. and DIANA MCGINNIS to respond to the First Amended Complaint in this
2  matter, for the reasons set forth below.

## BACKGROUND

On March 27, 2025, Plaintiffs filed their Complaint.

On September 2, 2025, Plaintiffs filed their First Amended Complaint.

On November 24, 2025, the Summons was served upon Defendant DIANA McGINNIS.

On November 25, 2025, the Summons was served upon Defendant CALIFORNIA FORENSIC MEDICAL GROUP.

On December 1, 2025, Paul A. Cardinale, Esq. sent Plaintiffs' counsel, Kevin W. Harris, Esq., an email informing him of his firm's representation of Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS in this matter requesting that a responsive pleading on behalf of his clients could be filed on or before December 16, 2025.

On December 1, 2025, Mr. Harris confirmed receipt of Mr. Cardinale's email and confirmed that the responsive pleading as to Defendants could be filed on or before December 16, 2025.

On December 9, 2025, Mr. Cardinale sent an email to Mr. Harris, in an attempt to meet and confer prior to filing a motion to dismiss on behalf of Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS. Having received no response to his email, on December 16, 2025, Mr. Cardinale filed a Motion to Dismiss on behalf of Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS before Chief Magistrate Judge Carolyn K. Delaney with a hearing date of January 21, 2026. (ECF 20.)

On December 17, 2025, the Court entered an order vacating the Motion to Dismiss hearing date of January 21, 2026, without prejudice, with an instruction to re-notice the motion before newly assigned Senior Judge John A. Mendez. (ECF 21.)

On December 17, 2025, Mr. Harris contacted Mr. Cardinale, advising of the reassignment to Judge Mendez. During further email exchange on December 18, 2025, Mr. Harris and Mr. Cardinale agreed that it would be prudent to meet and confer as to the motion to dismiss before it was re-filed. Therefore, Mr. Harris and Mr. Cardinale agreed to enter into a stipulation to continue the deadline for Defendants to file their responsive pleading in this matter.

**STIPULATION**

ACCORDINGLY, counsel for the parties hereby stipulate that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS shall have until January 15, 2026 to file a responsive pleading to the First Amended Complaint.

Dated:  December 19, 2025          **MEDICAL DEFENSE LAW GROUP**

                                   */s/ Paul A. Cardinale*
                                   Paul A. Cardinale
                                   Subreen K. Sandhu
                                   Attorneys for Defendants CALIFORNIA FORENSIC
                                   MEDICAL GROUP, INC. and DIANA MCGINNIS


Dated:  December 19, 2025          **LAW OFFICES OF KEVIN W. HARRIS**

                                   */s/ Kevin W. Harris*
                                   Kevin W. Harris
                                   Attorney for Plaintiffs CHRISTOPHER BRIAN
                                   OREGLIA and DIANA COOK


**ORDER**

IT IS SO ORDERED that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS shall have until **January 15, 2026**, to respond to Plaintiffs' First Amended Complaint.

Dated:  December 29, 2025

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE