Paul A. Cardinale, State Bar No. 215812
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410); SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELLPATH); CALIFORNIA FORENSIC MEDICAL GROUP (CFG); DIANA McGINNIS; and Does 1-40, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00959-JAM-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS**<br><br>Complaint Filed:      March 27, 2025<br>1st Am. Comp Filed:   September 2, 2025<br>Trial Date:           None Set |

Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK, through their attorney, Kevin W. Harris, and Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS, through their attorney, Paul A. Cardinale of the Medical Defense Law Group, hereby submit their Stipulation and Proposed Order extending the deadline for Defendants CALIFORNIA FORENSIC

1
STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

MEDICAL GROUP, INC. and DIANA MCGINNIS to file a reply brief to Plaintiffs' Opposition to their Motion to Dismiss in this matter, for the reasons set forth below.

## BACKGROUND

On March 27, 2025, Plaintiffs filed their Complaint. (ECF 1.)

On September 2, 2025, Plaintiffs filed their First Amended Complaint. (ECF 6.)

On November 24, 2025, the Summons was served upon Defendant DIANA McGINNIS.

On November 25, 2025, the Summons was served upon Defendant CALIFORNIA FORENSIC MEDICAL GROUP.

On December 16, 2025, Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS filed a Motion to Dismiss before Chief Magistrate Judge Carolyn K. Delaney with a hearing date of January 21, 2026. (ECF 20.)

On December 17, 2025, the Court entered an order vacating the Motion to Dismiss hearing date of January 21, 2026, without prejudice, with an instruction to re-notice the motion before newly assigned Senior Judge John A. Mendez. (ECF 21.)

On December 19, 2025, the parties filed a Stipulation and Proposed Order to extend Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS' time to respond to the First Amended Complaint to engage in meet and confer efforts. (ECF 22.) The Court granted the Order, extending Defendants' time to respond to Plaintiffs' First Amended Complaint to January 15, 2026.

On January 15, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS filed an Amended Motion to Dismiss before Senior Judge John A. Mendez with a hearing date of April 21, 2026. (ECF 25.)

On January 26, 2026, the parties stipulated to extend Plaintiffs' deadline to file an opposition to Defendants' Motion to Dismiss to March 23, 2026. (ECF 27.)

On March 23, 2026, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss. (ECF 28.)

On March 27, 2026, the Court, on its own motion, moved the hearing for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS' Motion to Dismiss to April 28, 2026. (ECF 30.)

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS's reply brief to Plaintiffs' Opposition to their Motion to Dismiss is currently due on April 3, 2026. On April 1, 2026, Paul A. Cardinale, counsel for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA McGINNIS, informed Kevin W. Harris, counsel for Plaintiffs, that he has been occupied with expert depositions and motions in another case over the past week, that his office will be closed for Good Friday, and that he will be out of the office next week. He therefore requested an extension to file the reply brief on or before April 14, 2026. Mr. Harris agreed.

On April 1, 2026, counsel for both parties stipulated to extend the deadline to file the reply brief to April 14, 2026.

## STIPULATION

ACCORDINGLY, counsel for the parties hereby stipulate that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS shall have until April 14, 2026 to file a reply brief to Plaintiffs' Opposition to their Motion to Dismiss.

Dated:  April 1, 2026                          **MEDICAL DEFENSE LAW GROUP**

*/s/ Paul A. Cardinale*
Paul A. Cardinale
Subreen K. Sandhu
Attorneys for Defendants CALIFORNIA FORENSIC
MEDICAL GROUP, INC. and DIANA MCGINNIS


Dated:  April 1, 2026                          **LAW OFFICES OF KEVIN W. HARRIS**

*/s/ Kevin W. Harris*
Kevin W. Harris
Attorney for Plaintiffs CHRISTOPHER BRIAN
OREGLIA and DIANA COOK

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS

## ORDER

IT IS SO ORDERED that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS shall have until **April 14, 2026**, to file a reply brief to Plaintiffs' Opposition to their Motion to Dismiss.

Dated: April 02, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS TO FILE A REPLY BRIEF TO PLAINTIFFS' OPPOSITION TO MOTION TO DISMISS