OFFICE OF THE PLACER COUNTY COUNSEL
Nataliya Shtevnina (SBN 339094)
175 Fulweiler Avenue
Auburn, California 95603
Telephone:    (530) 889-4044
Facsimile:    (530) 889-4069
Email: CCL-eservice@placer.ca.gov

Attorneys for Defendants COUNTY OF PLACER,
WAYNE WOO and ANDREW SANCHEZ

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK, <br><br> Plaintiffs, <br><br> v. <br><br> COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410; SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELL PATH), CALIFORNIA FORENSIC MEDICAL GROUP, INC. (CFG); DIANA McGINNIS; and Does 1-40, inclusive, <br><br> Defendant. | Case No. 2:25-cv-00959-JAM-CKD <br><br> **STIPULATION AND ORDER EXTENDING TIME TO FILE JOINT STATUS REPORT** <br><br> Complaint Filed: March 27, 2025 <br> FAC Filed:         September 2, 2025 <br> SAC Filed:        May 18, 2026 <br> Trial Date:        Not assigned |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK ("Plaintiffs"), and Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, DEPUTY SHERIFF ANDREW SANCHEZ, CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA MCGINNIS (collectively "Defendants") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

1

STIPULATION AND ORDER

**RECITALS AND STIPULATION**

On March 27, 2025, Plaintiffs filed their Complaint.

On September 2, 2025, Plaintiffs filed their First Amended Complaint ("FAC").

On November 24, 2025, the FAC was served on Defendant DIANA McGINNIS. On November 25, 2025, the FAC was served on Defendant CALIFORNIA FORENSIC MEDICAL GROUP.

On November 24, 2025, the FAC was served on Defendant COUNTY OF PLACER. On December 22, 2025, Defendants DEPUTY SHERIFF SANCHEZ and SHERIFF WAYNE WOO accepted service of the FAC.

On January 12, 2026, Defendants COUNTY OF PLACER, DEPUTY SHERIFF SANCHEZ and SHERIFF WAYNE WOO filed a motion to dismiss Plaintiffs' FAC.

On January 15, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS filed a motion to dismiss Plaintiffs' FAC.

On January 20, 2026, the Parties stipulated and filed a stipulation to request an extension of the deadline to submit the joint status report, in light of the Defendants' pending motions to dismiss and Plaintiffs' Counsel's upcoming arbitration.

On January 26, 2026, the Court granted the Parties' stipulation and ordered the Parties to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, within thirty (30) days after the Court's ruling on Defendants' motions to dismiss.

On April 28, 2026, the Court held a hearing on Defendants' motion to dismiss Plaintiffs' FAC. The Court entered an order dismissing without prejudice Plaintiff Diana Cook, and granting Defendants' motions to dismiss with leave to file an amended complaint within 20 days.

On May 18, 2026, Plaintiffs filed their Second Amended Complaint ("SAC").

On May 28, 2026, the Parties stipulated to request an extension of the deadline to submit the joint status report from May 28, 2026 to August 26, 2026, in light of the recently filed SAC and to allow time for the parties to meet and confer concerning the SAC.  The extension would allow the Parties sufficient time to meet and confer pursuant to Federal Rule of Civil Procedure, Rules 16 and 26(f).

///

STIPULATION AND ORDER

## **STIPULATION**

Given the foregoing, the Parties respectfully request that the Court approve the Parties' stipulation to modify the scheduling order and extend the current deadline as follows:

| Event | Current Date | New Date |
| --- | --- | --- |
| FRCP, Rule 16 and 26 Joint Status Report | May 28, 2026 | August 26, 2026 |

Dated: May 29, 2026                    OFFICE OF THE PLACER COUNTY COUNSEL


By:    /s/ Nataliya Shtevnina
    Nataliya Shtevnina
    Attorneys for Defendants
    COUNTY OF PLACER, WAYNE WOO and
    ANDREW SANCHEZ


Dated: May 29, 2026                    KEVIN W. HARRIS, ATTORNEY AT LAW


By:    /s/ Kevin W. Harris
    Kevin W. Harris
    Attorney for Plaintiffs
    CHRISTOPHER BRIAN OREGLIA and
    DIANA COOK


Dated: May 29, 2026                    MEDICAL DEFENSE LAW GROUP


By:    /s/ Paul A. Cardinale
    Paul A. Cardinale
    Subreen K. Sandhu
    Attorneys for Defendants
    CALIFORNIA FORENSIC MEDICAL GROUP,
    INC. and DIANA MCGINNIS

STIPULATION AND ORDER

**ORDER**

GOOD CAUSE APPEARING, the Parties' stipulation is **GRANTED** as follows:

1. The parties are ORDERED to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, on or before **August 26, 2026.**

**IT IS SO ORDERED.**

Dated: June 03, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER