Paul A. Cardinale, State Bar No. 215812
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,<br><br>        Plaintiffs,<br><br>  vs.<br><br>COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410); SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELLPATH); CALIFORNIA FORENSIC MEDICAL GROUP (CFG); DIANA McGINNIS; and Does 1-40, inclusive,<br><br>        Defendants. | CASE NO. 2:25-cv-00959-JAM-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND DIANA McGINNIS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT (ECF No. 40)**<br><br>Complaint Filed:        March 27, 2025<br>1st Am. Comp Filed:    September 2, 2025<br>2nd Am. Comp Filed:   May 18, 2026<br>Trial Date:              None Set |

Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK, through their attorney, Kevin W. Harris, and Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS, through their attorneys, Paul A. Cardinale and Subreen K. Sandhu of Medical Defense Law Group, hereby submit their Stipulation and Proposed Order extending the deadline for Defendants

CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS to file a responsive pleading to Plaintiffs' Second Amended Complaint in this matter, for the reasons set forth below.

## BACKGROUND

On March 27, 2025, Plaintiffs filed their Complaint. (ECF 1.)

On September 2, 2025, Plaintiffs filed their First Amended Complaint. (ECF 6.)

On November 24, 2025, the Summons was served upon Defendant DIANA McGINNIS.

On November 25, 2025, the Summons was served upon Defendant CALIFORNIA FORENSIC MEDICAL GROUP.

On December 16, 2025, Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS filed a Motion to Dismiss before Chief Magistrate Judge Carolyn K. Delaney with a hearing date of January 21, 2026. (ECF 20.)

On December 17, 2025, the Court entered an order vacating the Motion to Dismiss hearing date of January 21, 2026, without prejudice, with an instruction to re-notice the motion before newly assigned Senior Judge John A. Mendez. (ECF 21.)

On January 15, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA McGINNIS filed an Amended Motion to Dismiss before Senior Judge John A. Mendez with a hearing date of April 21, 2026. (ECF 25.)

On March 23, 2026, Plaintiffs filed their Opposition to Defendants' Motion to Dismiss. (ECF 28.)

On March 27, 2026, the Court, on its own motion, moved the hearing for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS' Motion to Dismiss to April 28, 2026. (ECF 30.)

On April 14, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS filed their Reply to Plaintiffs' Opposition to the Motion to Dismiss. (ECF 34.)

On April 28, 2026, the Court heard the Motion to Dismiss and granted it, dismissing Plaintiff Diana Cook without prejudice and granting leave to amend within 20 days. Defendants were ordered to file their responsive pleading within 20 days thereafter, on or before June 8, 2026. (ECF 36.)

On May 18, 2026, Plaintiffs filed their Second Amended Complaint. (ECF 37.)

In an email exchange on June 4, 2026, Subreen K. Sandhu, counsel for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA McGINNIS, and Kevin W. Harris, counsel for

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND DIANA McGINNIS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT

Plaintiffs, agreed that it would be prudent to meet and confer telephonically to attempt to resolve some or all of the deficiencies in the Second Amended Complaint, potentially streamlining or eliminating the need for a motion to dismiss.

Accordingly, on June 4, 2026, counsel for both parties stipulated to extend the deadline to file the responsive pleading to Plaintiffs' Second Amended Complaint to June 22, 2026.

**STIPULATION**

ACCORDINGLY, counsel for the parties hereby stipulate that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS shall have until June 22, 2026 to file a responsive pleading to Plaintiffs' Second Amended Complaint.

Dated:  June 4, 2026                                    **MEDICAL DEFENSE LAW GROUP**

*/s/ Subreen K. Sandhu*
Paul A. Cardinale
Subreen K. Sandhu
Attorneys for Defendants CALIFORNIA FORENSIC
MEDICAL GROUP, INC. and DIANA MCGINNIS

Dated:  June 4, 2026                                    **LAW OFFICES OF KEVIN W. HARRIS**

*/s/ Kevin W. Harris*
Kevin W. Harris
Attorney for Plaintiffs CHRISTOPHER BRIAN
OREGLIA and DIANA COOK

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND DIANA McGINNIS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT

**ORDER**

IT IS SO ORDERED that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS shall have until **June 22, 2026**, to file a responsive pleading to Plaintiffs' Second Amended Complaint.

Dated: June 05, 2026

_____
JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE

STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND DIANA McGINNIS TO FILE A RESPONSIVE PLEADING TO PLAINTIFFS' SECOND AMENDED COMPLAINT