Kevin W. Harris SBN 133084
Attorney at Law
3947 Lennane Drive, Ste. 150
Sacramento, CA 95834
Tel.: (916) 271-0688
Fax: (855) 800-4454

Attorney for Plaintiffs
Christopher Brian Oreglia and
Diana Cook

**BEFORE THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,

Plaintiffs,

v.

COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410; SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELL PATH), CALIFORNIA FORENSIC MEDICAL GROUP, INC. (CFG); DIANA McGINNIS; and Does 1-40, inclusive,

Defendant.

Case No. 2:25-cv-00959-JAM-CKD

**STIPULATION AND ORDER ON PLAINTIFFS CHRISTOPHER BRIAN OREGLIA'S AND DIANA COOK'S AND DEFENDANT COUNTY OF PLACER TO EXTEND TIME TO FOR PLAINTIFFS CHRISTOPHER BRIAN OREGLIA AND DIANA COOK TO FILE THEIR RESPONSE TO DEFENDANT'S MOTION TO DISMISS THE SECOND AMENDED COMPLAINT**

Date: July 28, 2026
Time: 1:00 p.m.
Judge: John A. Mendez
Courtroom: 6, 14th Floor

Complaint Filed: March 27, 2025
FAC Filed: September 2, 2025
SAC Filed: May 18, 2026
Trial Date: Not assigned

///

///

///

**STIPULATION**

IT IS STIPULATED between Plaintiffs CHRISTOPHER BRIAN OREGLIA and DIANA COOK and Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO; DEPUTY SHERIFF ANDREW SANCHEZ ("Defendants"), that Plaintiffs shall have until July 6, 2026, to file their Opposition to Defendants' Motion and Defendants shall have until July 21, 2026 to file their reply brief.

Good Cause exists for this continuance pursuant to the Declaration of Kevin W. Harris attached hereto.

Dated: 6/23/26

/s/ Kevin Harris
Kevin W. Harris
Attorney for Plaintiffs

Dated: 6/23/26

/s/ Nataliya Shtevnina
Nataliya Shtevnina
Attorneys for Defendants County of Placer; Sheriff Wayne Woo; Andrew Sanchez

**DECLARATION OF KEVIN W. HARRIS**

1. I am the attorney of record for Plaintiffs CHRISTOPHER BRIAN OREG LIA AND DIANA COOK.

2. On the evening of June 7-8, 2026, around 12:30 a.m. I found my wife unresponsive in the bedroom and could not revive her. I called 911 at 12:30 a.m. on June 8, 2026. and had an ambulance come to our house, they found her to be unresponsive, but still alive, and took her to Kaiser Permante Morse. I stayed with her in the emergency room and on the next day when they took her to an ICU where they had to do dialysis to attempt to revive her. I was not sure whether she would survive and continued to go to the hospital. Fortunately, she was able to recover and I stayed with her when visiting hours were available until they released her on Thursday, June 14, 2026. I continued to take time to stay with her why she recovered.

3. Due to this incident, I was unable to work on the Motion to Dismiss filed by the Defendant on June 8, 2026.

///

4. I would request an extension of time to respond to Defendants Motion to Dismiss until July 6, 2026.

I, Kevin W. Harris, declare under penalty of perjury that the foregoing is true and correct, and if called as a witness could and would competently testify thereto.

Executed this 23rd day of July, 2026.

/s/ Kevin Harris
Kevin W. Harris
Attorney for Plaintiffs
Christopher Brian Oreglia and Diana Cook

**ORDER**

Pursuant to the Stipulation of the parties as stated above, and the Declaration of Kevin W. Harris, this Court finds good cause to allow the filing of Plaintiffs' Opposition in this matter to Defendants County of Placer's, Sheriff Wayne Woo's, and Deputy Sheriff Andrew Sanchez's Motion to Dismiss to be filed on or before **July 06, 2026**. Any reply shall be filed by **July 16, 2026**.

**IT IS SO ORDERED**:

Dated: July 14, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE