OFFICE OF THE PLACER COUNTY COUNSEL
Nataliya Shtevnina (SBN 339094)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: CCL-eservice@placer.ca.gov

Attorneys for Defendants COUNTY OF PLACER, WAYNE WOO and ANDREW SANCHEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410; SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELL PATH), CALIFORNIA FORENSIC MEDICAL GROUP, INC. (CFG); DIANA McGINNIS; and Does 1-40, inclusive,<br><br>Defendant. | Case No. 2:25-cv-00959-JAM-CKD<br><br>**STIPULATION AND ORDER EXTENDING FILING OF JOINT STATUS REPORT**<br><br>Complaint Filed: March 27, 2025<br>FAC Filed: September 2, 2025<br>SAC Filed: May 18, 2026<br>Trial Date: Not assigned |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK ("Plaintiffs"), and Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, DEPUTY SHERIFF ANDREW SANCHEZ, CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA MCGINNIS (collectively "Defendants") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

**RECITALS AND STIPULATION**

On March 27, 2025, Plaintiffs filed their Complaint.

On September 2, 2025, Plaintiffs filed their First Amended Complaint ("FAC").

On November 24, 2025, the FAC was served on Defendant DIANA McGINNIS. On November 25, 2025, the FAC was served on Defendant CALIFORNIA FORENSIC MEDICAL GROUP.

On November 24, 2025, the FAC was served on Defendant COUNTY OF PLACER. On December 22, 2025, Defendants DEPUTY SHERIFF SANCHEZ and SHERIFF WAYNE WOO accepted service of the FAC.

On January 12, 2026, Defendants COUNTY OF PLACER, DEPUTY SHERIFF SANCHEZ and SHERIFF WAYNE WOO filed a motion to dismiss Plaintiffs' FAC.

On January 15, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS filed a motion to dismiss Plaintiffs' FAC.

On January 20, 2026, the Parties stipulated and filed a stipulation to request an extension of the deadline to submit the joint status report, in light of the Defendants' pending motions to dismiss and Plaintiffs' Counsel's upcoming arbitration.

On January 26, 2026, the Court granted the Parties' stipulation and ordered the Parties to file a Joint Status Report within thirty (30) days after the Court's ruling on Defendants' motions to dismiss.

On April 28, 2026, the Court held a hearing on Defendants' motion to dismiss Plaintiffs' FAC. The Court entered an order dismissing without prejudice Plaintiff Diana Cook, and granting Defendants' motions to dismiss with leave to file an amended complaint within 20 days.

On May 18, 2026, Plaintiffs filed their Second Amended Complaint ("SAC").

On May 28, 2026, the Parties stipulated to request an extension of the deadline to submit the joint status report from May 28, 2026 to August 26, 2026, in light of the recently filed SAC and to allow time for the parties to meet and confer concerning the SAC.

On June 3, 2026, the Court granted the Parties' stipulation and ordered the Parties to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, on or before August 26, 2026.

On June 8, 2026, Defendants COUNTY OF PLACER, DEPUTY SHERIFF SANCHEZ and SHERIFF WAYNE WOO filed a motion to dismiss Plaintiffs' SAC, which was noticed to be heard on July 28, 2026.

On June 22, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP and DIANA McGINNIS filed a motion to dismiss Plaintiffs' SAC, which was noticed to be heard on July 28, 2026.

On July 22, 2026, the Court issued a minute order, submitting Defendants' Motions to Dismiss without appearance and without oral argument pursuant to Local Rule 230(g). The hearings on Defendants' motions to dismiss were vacated.

On August 17, 2026, the Parties stipulated and filed a stipulation to request an extension of the deadline to submit the Joint Status Report, in light of the Defendants' pending motions to dismiss the SAC. The extension would allow the Parties sufficient time to meet and confer pursuant to Federal Rule of Civil Procedure, Rules 16 and 26(f).

**STIPULATION**

Given the foregoing, the Parties respectfully request that the Court approve the Parties' stipulation to modify the scheduling order and extend the current deadline as follows:

| Event | Current Date | New Date |
|---|---|---|
| FRCP, Rule 16 and 26 Joint Status Report | August 26, 2026 | Within 30 days after the Court's ruling on Defendants' pending Motions to Dismiss |

Dated: August 17, 2026

OFFICE OF THE PLACER COUNTY COUNSEL

By: /s/ Nataliya Shtevnina
Nataliya Shtevnina
Attorneys for Defendants
COUNTY OF PLACER, WAYNE WOO and ANDREW SANCHEZ

///

///

Dated: August 17, 2026

KEVIN W. HARRIS, ATTORNEY AT LAW

By: /s/ Kevin W. Harris
Kevin W. Harris
Attorney for Plaintiffs
CHRISTOPHER BRIAN OREGLIA and DIANA COOK

Dated: August 17, 2026

MEDICAL DEFENSE LAW GROUP

By: /s/ Paul A. Cardinale
Paul A. Cardinale
Subreen K. Sandhu
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS

**ORDER**

GOOD CAUSE APPEARING, the Parties' stipulation is **GRANTED.** The parties are **ORDERED** to file a Joint Status Report pursuant to the provisions of Fed. R. Civ. P. 16 and 26, in accordance with Local Rule 240 and the Court's Order Requiring Service of Process and Joint Status Report, within **thirty (30) days after** the Court's ruling on the pending motions to dismiss.

**IT IS SO ORDERED.**

Dated: August 24, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE