OFFICE OF THE PLACER COUNTY COUNSEL
Nataliya Shtevnina (SBN 339094)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: CCL-eservice@placer.ca.gov

Attorneys for Defendants COUNTY OF PLACER, WAYNE WOO and ANDREW SANCHEZ

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,<br><br>Plaintiffs,<br><br>v.<br><br>COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410; SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELL PATH), CALIFORNIA FORENSIC MEDICAL GROUP, INC. (CFG); DIANA McGINNIS,<br><br>Defendant. | Case No. 2:25-cv-00959-JAM-CKD<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE FOR COUNTY DEFENDANTS TO FILE A BILL OF COSTS (ECF No. 55)**<br><br>Complaint Filed: March 27, 2025<br>FAC Filed: September 2, 2025<br>SAC Filed: May 18, 2026<br><br>Judgment Entered: October 20, 2026 |

IT IS HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK ("Plaintiffs"), and Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, and DEPUTY SHERIFF ANDREW SANCHEZ ("County Defendants") (collectively "Parties") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

**RECITALS AND STIPULATION**

On May 18, 2026, Plaintiffs filed their Second Amended Complaint ("SAC").

On June 8, 2026, the County Defendants filed a motion to dismiss Plaintiff's SAC.

On July 22, 2026, the County Defendants' motion was submitted without appearance and without oral argument pursuant to Local Rule 230(g).

On October 20, 2026, the Court granted County Defendants' motion to dismiss with prejudice and entered judgment in accordance with the Court's order.

Pursuant to Local Rule 292, the County Defendants' deadline for filing a bill of costs in conformance with 28 U.S.C. sections 1920 and 1924 is November 3, 2026.

The Parties stipulate to extend the County Defendants' deadline to file a bill of costs. The extension would allow the Parties time to meet and confer regarding a waiver of fees in exchange for Plaintiffs not seeking post-judgment and/or appellate relief.

**STIPULATION**

Given the foregoing, the Parties respectfully request that the Court approve the Parties' stipulation to extend the County Defendants' deadline to file the bill of costs from November 3, 2026 to November 23, 2026.

Dated: November 2, 2026

OFFICE OF THE PLACER COUNTY COUNSEL

By: /s/ Nataliya Shtevnina
Nataliya Shtevnina
Attorneys for Defendants
COUNTY OF PLACER, WAYNE WOO and ANDREW SANCHEZ

Dated: November 2, 2026

KEVIN W. HARRIS, ATTORNEY AT LAW

By: /s/ Kevin W. Harris
Kevin W. Harris
Attorney for Plaintiffs
CHRISTOPHER BRIAN OREGLIA and DIANA COOK

**ORDER**

GOOD CAUSE APPEARING, the Parties' stipulation is **GRANTED** as follows:

1. Defendants COUNTY OF PLACER, WAYNE WOO and ANDREW SANCHEZ shall have until **November 23, 2026**, to file their bill of costs in accordance with Local Rule 292.

**IT IS SO ORDERED.**

Dated: November 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE