Paul A. Cardinale, State Bar No. 215812
Subreen K. Sandhu, State Bar No. 348040
**MEDICAL DEFENSE LAW GROUP**
3800 Watt Avenue, Suite 245
Sacramento, CA 95821
Tel: (916) 244-9116
Fax: (916) 244-9130
paul.cardinale@med-defenselaw.com
subreen.sandhu@med-defenselaw.com

Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410); SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELLPATH); CALIFORNIA FORENSIC MEDICAL GROUP (CFG); DIANA McGINNIS; and Does 1-40, inclusive,<br><br>Defendants. | CASE NO. 2:25-cv-00959-JAM-CKD<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND DIANA McGINNIS TO FILE A BILL OF COSTS (ECF No. 56)**<br><br>Complaint Filed: March 27, 2025<br>1st Am. Comp Filed: September 2, 2025<br>2nd Am. Comp Filed: May 18, 2026<br>Trial Date: None Set |

Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK, through their attorney, Kevin W. Harris, and Defendants, CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS, through their attorneys, Paul A. Cardinale and Subreen K. Sandhu of Medical Defense Law Group, hereby submit their Stipulation and Proposed Order extending the deadline for Defendants

CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS to file a bill of costs in this matter, for the reasons set forth below.

**BACKGROUND**

On March 27, 2025, Plaintiffs filed their Complaint. (ECF 1.)

On September 2, 2025, Plaintiffs filed their First Amended Complaint. (ECF 6.)

On May 18, 2026, Plaintiffs filed their Second Amended Complaint. (ECF 37.)

On June 8, 2026, Defendants County of Placer, Wayne Woo, and Andrew Sanchez ("County Defendants") filed a Motion to Dismiss Plaintiffs' Second Amended Complaint. (ECF 42.)

On June 22, 2026, Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS ("CFMG Defendants") filed a Motion to Dismiss Plaintiffs' Second Amended Complaint. (ECF 43.)

On July 6, 2026, Plaintiffs filed their Oppositions to the County Defendants' and CFMG Defendants' Motions to Dismiss. (ECF 45, 46.)

On July 16, 2026, the County Defendants and CFMG Defendants filed their respective Replies in support of their Motions to Dismiss. (ECF 48, 49.)

On October 20, 2026, the Court granted both Motions to Dismiss with prejudice and entered judgment in this action. (ECF 53, 54.)

On November 2, 2026, the undersigned counsel for Plaintiffs and the CFMG Defendants stipulated to extend the deadline for filing a Bill of Costs to November 24, 2026, while the parties work toward a stipulated waiver of costs.

///

///

///

///

///

///

///

///

**STIPULATION**

ACCORDINGLY, counsel for the parties hereby stipulate that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA McGINNIS shall have until November 24, 2026 to file a bill of costs in the above-captioned matter.

Dated: November 2, 2026

**MEDICAL DEFENSE LAW GROUP**

*/s/ Subreen K. Sandhu*
Paul A. Cardinale
Subreen K. Sandhu
Attorneys for Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS

Dated: November 2, 2026

**LAW OFFICES OF KEVIN W. HARRIS**

*/s/ Kevin W. Harris*
Kevin W. Harris
Attorney for Plaintiffs CHRISTOPHER BRIAN OREGLIA and DIANA COOK

## ORDER

IT IS SO ORDERED that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC., and DIANA McGINNIS shall have until **November 24, 2026**, to file their bill of costs in accordance with Local Rule 292.

Dated: November 05, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE