**Kevin W. Harris SBN 133084**
**PACIFICA LAW GROUP, APC**
**1600 Sacramento Inn Way, Suite 106**
**Sacramento, CA 95815**
**Tel.: (916) 271-0688**
**Email: kevinwayneharris@yahoo.com**
**Attorney for Plaintiffs Christopher Brian Oreglia and Diana Cook**

**Paul A. Cardinale, State Bar No. 215812 Subreen K. Sandhu, State Nar No. 348040**
**MEDICAL DEFENSE LAW GROUP**
**3800 Watt Avenue, Suite 245**
**Sacramento, CA 95821**
**Tel: (916)244-9116**
**Fax: (916)244-9130**
**paul.cardinale@med-defenselaw.com**
**subreen.sandhu@med-defenselaw.com**

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER BRIAN OREGLIA AND DIANA COOK,

Plaintiffs,

vs.

COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410); SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELLPATH); CALIFORNIA FORENSIC MEDICAL GROUP (CFG); DIANA McGINNIS,

Defendants.

**CASE NO. 2:25-cv-00959-JAM-CKD**

**STIPULATION AND ORDER ON PLAINTIFFS' WAIVER OF RIGHT TO SEEK RECONSIDERATION OR APPEAL IN EXCHANGE FOR DEFENDANTS CALIFORNIA FORENSIC MEDICAL GROUP AND DIANA MCGINNIS'S WAIVER OF FEES AND COSTS (ECF No. 59)**

**Complaint Filed: March 27, 2025**
**FAC Filed: September 2, 2025**
**SAC Filed: May 18, 2026**
**Judgment Entered: October 20, 2026**

It is HEREBY STIPULATED, by and between Plaintiffs, CHRISTOPHER BRIAN OREGLIA and DIANA COOK ("Plaintiffs"), and Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS (collectively "Parties") through their undersigned counsel of record, and subject to the approval of the Court, as follows:

**RECITALS AND STIPULATION**

On March 27, 2025, Plaintiffs filed their Complaint. (ECF 1.)

On September 2, 2025, Plaintiffs filed their First Amended Complaint. (ECF 6.)

On May 18, 2026, Plaintiffs filed their Second Amended Complaint ("SAC"). (ECF 37.)

On June 8, 2026, Defendants County of Placer, Wayne Woo, and Andrew Sanchez ("County Defendants") filed a Motion to Dismiss Plaintiffs' SAC. (ECF 42.)

On June 22, 2026, Defendants California Forensic Medical Group, Inc. and Diana McGinnis ("CFMG Defendants") filed a Motion to Dismiss Plaintiffs' SAC. (ECF 43.)

On October 20, 2026, the Court granted all Defendants' Motions to Dismiss with prejudice and entered judgment in accordance with the Court's Order. (ECF 53, 54.)

On November 2, 2026, the Parties stipulated to extend the CFMG Defendants' deadline to file a bill of costs in conformance with 28 U.S.C. sections 1920 and 1924 in order to allow the Parties time to meet and confer regarding a waiver of fees and costs in exchange for Plaintiffs not seeking post/judgment and/or appellate relief.

The undersigned counsel have met and conferred, and with the consent of their respective Parties, have agreed to a waiver of fees and costs by CFMG Defendants in exchange for Plaintiffs not seeking post/judgment and/or appellate relief.

///

///

///

///

///

///

///

**STIPULATION**

Given the foregoing, counsel for the Parties hereby stipulate that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA McGINNIS will waive any and all costs of litigation and attorney fees against Plaintiffs CHRISTOPHER BRIAN OREGLIA and DIANA COOK in exchange for Plaintiffs' agreement not to seek post-judgment relief or appellate review.

Dated: November 13, 2026

PACIFICA LAW GROUP, APC

By: */s/ Kevin W. Harris*

Kevin W. Harris
Attorney for Plaintiffs
CHRISTOPHER BRIAN OREGLIA and DIANA COOK

Dated: November 13, 2026

MEDICAL DEFENSE LAW GROUP

By: */s/ Subreen K. Sandhu*

Subreen K. Sandhu
Attorneys for Defendants
CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS

**ORDER**

GOOD CAUSE APPEARING, the Parties' Stipulation is **GRANTED** as follows:

It is hereby ordered by this Court based upon the Stipulation of the Parties that Defendants CALIFORNIA FORENSIC MEDICAL GROUP, INC. and DIANA MCGINNIS will waive any and all costs of litigation and attorney fees against Plaintiffs CHRISTOPHER BRIAN OREGLIA and DIANA COOK in exchange for Plaintiffs' agreement not to seek any post-judgment relief or appellate review.

Dated: November 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE