Kevin W. Harris SBN 133084
PACIFICA LAW GROUP, APC
1600 Sacramento Inn Way, Suite 106
Sacramento, CA 95815
Tel.: (916) 271-0688
Email: kevinwayneharris@yahoo.com
Attorney for Plaintiffs
Christopher Brian Oreglia and
Diana Cook

OFFICE OF THE PLACER COUNTY COUNSEL
Nataliya Shtevnina (SBN 339094)
175 Fulweiler Avenue
Auburn, California 95603
Telephone: (530) 889-4044
Facsimile: (530) 889-4069
Email: CCL-eservice@placer.ca.gov
Attorney for Defendants COUNTY OF PLACER,
WAYNE WOO and ANDREW SANCHEZ

**BEFORE THE UNITED STATES DISTRICT COURT**

**IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA**

CHRISTOPHER BRIAN OREGLIA AND DIANA COOK;

Plaintiffs,

v.

COUNTY OF PLACER; PLACER COUNTY BOARD OF SUPERVISORS; PLACER COUNTY DEPUTY SHERIFF ANDREW SANCHEZ (BADGE 131); BRANDON HANN (BADGE NO. 1410; SHERIFF WAYNE WOO; DEPUTY SHERIFF EVAN MILLER; DEPUTY SHERIFF SOLVERSON; CALIFORNIA FORENSIC MEDICAL GROUP, INC. (WELL PATH), CALIFORNIA FORENSIC MEDICAL GROUP, INC. (CFG); DIANA McGINNIS; and Does 1-40, inclusive.

Defendant.

**Case No.: 2:25-cv-00959-JAM-CKD**

**STIPULATION AND ORDER ON PLAINTIFF'S WAIVER OF RIGHT TO SEEK RECONSIDERATION OR APPEAL IN EXCHANGE OF COUNTY DEFENDANTS' WAIVER OF FEES AND COSTS (ECF No. 60)**

| | |
|---|---|
| Complaint Filed: | March 27, 2025 |
| FAC Filed: | September 2, 2025 |
| SAC Filed: | May 18, 2026 |
| Judgment Entered: | October 20, 2025 |

It is HEREBY STIPULATED, and respectfully requested, by and between Plaintiffs, CHRISTOPHER BRIAN OREGELIA and DIANA COOK ("Plaintiffs"), and Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, and DEPUTY SHERIFF ANDREW SANCHEZ ("County Defendants") (collectively "Parties") all through their undersigned counsel of record, and subject to the approval of the Court, stipulate as follows:

**RECITALS AND STIPULATION**

On May 18, 2026, Plaintiffs filed their Second Amended Complaint ("SAC").

On June 8. 2026, the County Defendants filed a motion to dismiss Plaintiffs' SAC.

On October 20. 2026, the Court granted County Defendants' motion to dismiss with prejudice and entered judgment in accordance with the Court's Order.

On November 2, 2026 the parties stipulated to extend the County Defendants' deadline to file a bill of costs in conformance with 28 U.S.C. sections 1920 and 1924 in order to allow the Parties time to meet and confer regarding a waiver of fees and costs in exchange for Plaintiffs not seeking post/judgment and/or appellate relief.

The parties have met and conferred and with the consent of their respective clients have agreed to a waiver of fees and costs by Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, and DEPUTY SHERIFF ANDREW SANCHEZ in exchange for Plaintiffs not seeking post/judgment and/or appellate relief.

**STIPULATION**

Given the foregoing, the Parties respectfully request that the Court approve the stipulation that Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, and DEPUTY SHERIFF ANDREW SANCHEZ will waive any and all costs of litigation and attorney fees in exchange for Plaintiffs CHRISTOPHER BRIAN OREGLIA and DIANA COOK not seeking post/judgment and/or appellate review.

///

///

///

///

Dated: November 13, 2026

KEVIN W. HARRIS ATTORNEY AT LAW

By: /s/ Kevin W. Harris
Kevin W. Harris
Attorney for Plaintiffs
CHRISTOPHER BRIAN OREGLIA and DIANA COOK

Dated: November 13, 2026

OFFICE OF THE PLACER COUNTY COUNSEL

By: /s/ Nataliya Shtevnina
Nataliya Shtevnina
Attorney for Defendants
COUNTY OF PLACER, WAYNE WOO and ANDREW SANCHEZ

**ORDER**

GOOD CAUSE APPEARING, the Parties' stipulation is **GRANTED** as follows:

It is hereby ordered by this Court based upon the Stipulation of the Parties that Defendants COUNTY OF PLACER, SHERIFF WAYNE WOO, and DEPUTY SHERIFF ANDREW SANCHEZ will waive any and all costs of litigation and attorney fees in exchange for Plaintiffs CHRISTOPHER BRIAN OREGILIA and DIANA COOK agreeing not to seek post/judgment and/or appellate review.

Dated: November 20, 2026

JOHN A. MENDEZ,
SENIOR UNITED STATES DISTRICT JUDGE